## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Hrant Gevorgyan | PLAINTIFF<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cr-00228-PA<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _the parties_____, IT IS ORDERED that a detention hearing is set for _April 11_____, _2025_____, at _1:30_____ ☐a.m. / ☒p.m. before the Honorable _Margo A. Rocconi_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _April 9, 2025_____

_____
U.S. District Judge/Magistrate Judge
Margo A. Rocconi