JAMES A. SANTIAGO (Cal. Bar No. 300459)
Assistant United States Attorney
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2229

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. DAVIT AVALYAN, HRANT GEVORGYAN, HAYK GRIGORYAN, and GURGEN NERSESYAN, DEFENDANT(S). | CASE NUMBER: No. CR 2:25-00228-PA  NOTICE OF MANUAL FILING OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS AND DECLARATION OF JAMES A. SANTIAGO; [PROPOSED] ORDER SEALING DOCUMENTS; UNDER SEAL DOCUMENT

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 11, 2025
Date

/s/ James A. Santiago
Attorney Name
UNITED STATES OF AMERICA
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING